# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT W. JOHNSON,

    Plaintiff(s),

v.

DONALD J. TRUMP, et al.,

    Defendant(s).

Case No. 2:23-cv-01396-CDS-NJK

**ORDER**

[Docket No. 1]

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. The application is missing the second page and is not signed. Accordingly, the application is **DENIED** without prejudice as incomplete.

Accordingly, **IT IS ORDERED:**

1. Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file an amended application to proceed *in forma pauperis*.
2. The Clerk shall send Plaintiff a blank application form for non-inmates.
3. Plaintiff must comply with this order no later than November 2, 2023. **Failure to comply will result in this case being dismissed.**

IT IS SO ORDERED.

Dated: October 2, 2023

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge